IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JAMES HOLMAN BROWNING, JR., )
)
      Petitioner, )
)    1:06CV24
v. )    1:03CR36-2
)
UNITED STATES OF AMERICA, )
)
      Respondent. )

**O-R-D-E-R**

On August 10, 2006, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in this action and a copy was given to the court.

Within the time limitation set forth in the statute, Petitioner objected to the Recommendation.[1]

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo

---

[1] The court notes that counsel has filed two documents styled Motion to Reconsider the Recommendation and Order of the United States Magistrate Judge (docket nos. 15 & 16). The court treats these filings as objections to the Recommendation. In addition, the court notes that Petitioner, *in propria persona*, has filed two documents since the Recommendation was entered (docket nos. 17 & 18). The court will not address these latter two filings because Petitioner is represented by counsel, and he has no right to this kind of "hybrid representation." *See McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) (noting there is no constitutional right to a "hybrid representation" in which defendant is represented both by himself and by counsel); *Cain v. Peters*, 972 F.2d 748, 750 (7th Cir. 1992) (representation by counsel and self-representation are mutually exclusive entitlements in light of *McKaskle*).

determination which is in accord with the Magistrate Judge's report. The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED** that Petitioner's motion to vacate, set aside or correct sentence (docket no. 1) be **DENIED** and that this action be dismissed with prejudice. A Judgment dismissing this action will be entered contemporaneously with this Order. Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

_____
UNITED STATES DISTRICT JUDGE

DATE: November 3, 2006